IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAUREN M. HALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TIMBERLINE KNOLLS, LLC, now known ) <br> as R.M. BROWN ENTERPRISES, LLC, ) <br> SEMONE M. WEST, M.D., THOMAS ) <br> DATTALO, MARK DeDONATO, ) <br> TIMBERLINE KNOLLS HOLDING, LP ) <br> and TIMBERLINE KNOLLS ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:15-cv-02622 <br><br> The Honorable Thomas M. Durkin |

**PLAINTIFF'S RENEWED RESPONSE TO DEFENDANTS' COMBINED
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

COMES NOW Plaintiff, LAUREN M. HALES, (hereafter "Lauren") by and through her attorney, LAW OFFICES OF JAMES A. HALES, PLLC, and submits her Renewed Response to Defendants' Combined Motion to Dismiss Plaintiff's Second Amended Complaint filed herein by Defendants, TIMBERLINE KNOLLS, LLC, now known as R.M BROWN ENTERPRISES, LLC, (hereafter "Timberline Knolls") SEMONE M. WEST, M.D. (hereafter "Dr. West"), THOMAS DATTALO (hereafter "Mr. Dattalo) and MARK DeDONATO (hereafter "Mr. DeDonato") (hereafter collectively "Defendants"), and states the following:

In accordance with the Court's Minute Entry on August 16, 2016 [Docket No. 89], Lauren attaches as exhibits hereto her original response and sur-reply regarding Defendants' Combined Motion to Dismiss Plaintiff's First Amended Complaint as follows:

EXHIBIT A: PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT B: SUR-REPLY IN OPPOSITION TO DEFENDANTS' COMBINED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Respectfully submitted,


__/S/__ JAMES A. HALES_____
Law Offices of JAMES A HALES, PLLC
1703 Koestner Street
Burlington, IA  52601
Telephone: (319) 572-0622
jhales@iowalaw.us.com
ATTORNEY FOR PLAINTIFF