# Bill Souferis

| | |
|---|---|
| **From:** | Bill Souferis |
| **Sent:** | Monday, November 14, 2016 3:03 PM |
| **To:** | James Hales (jhales@iowalaw.us.com) |
| **Cc:** | Katherine L. Dzik |
| **Subject:** | FW: Hales v. Timberline |
| **Attachments:** | Provena Saint Joseph Medical Center authorization.pdf |

Jim,

Attached please find another authorization we received that needs to be completed and signed by the Plaintiff for us to obtain please have your client complete the necessary information and sign the authorization so we can secure copies of the records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

1



EXHIBIT H

# Bill Souferis

| | |
|---|---|
| From: | Bill Souferis |
| Sent: | Wednesday, November 23, 2016 8:55 AM |
| To: | James Hales (jhales@iowalaw.us.com) |
| Cc: | Katherine L. Dzik |
| Subject: | FW: Hales v. Timberline |
| Attachments: | Provena Saint Joseph Medical Center authorization.pdf |

Jim:

I have not received the executed authorization. Can you please have it signed by your client so we can obtain the records?

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Monday, November 14, 2016 3:03 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

Attached please find another authorization we received that needs to be completed and signed by the Plaintiff for us to obtain please have your client complete the necessary information and sign the authorization so we can secure copies of the records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

1

# Bill Souferis

**From:** Bill Souferis
**Sent:** Wednesday, November 30, 2016 4:19 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline
**Attachments:** Provena Saint Joseph Medical Center authorization.pdf

Jim,

I hope you had a good Thanksgiving.

I am just following up on this. Please forward me the executed authorization as soon as you can. As you know there is a discov records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Wednesday, November 23, 2016 8:55 AM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim:

I have not received the executed authorization. Can you please have it signed by your client so we can obtain the records?

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Monday, November 14, 2016 3:03 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

1

Attached please find another authorization we received that needs to be completed and signed by the Plaintiff for us to obtain please have your client complete the necessary information and sign the authorization so we can secure copies of the records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

# Bill Souferis

| | |
|---|---|
| From: | jhales <jhales@iowalaw.us.com> |
| Sent: | Wednesday, November 23, 2016 12:03 PM |
| To: | Bill Souferis |
| Cc: | Katherine L. Dzik |
| Subject: | RE: FW: Hales v. Timberline |

Yes Bill I will get that done by early next week

Jim

Sent from my Sprint Samsung Galaxy S7.

-------- Original message --------
From: Bill Souferis <bsouferis@HPSLAW.COM>
Date: 11/23/16 8:54 AM (GMT-06:00)
To: "James Hales (jhales@iowalaw.us.com)" <jhales@iowalaw.us.com>
Cc: "Katherine L. Dzik" <kdzik@HPSLAW.COM>
Subject: FW: Hales v. Timberline

Jim:

I have not received the executed authorization. Can you please have it signed by your client so we can obtain the reco

Thank you,

Bill

**Bill P. Souferis**

HPS | Hall Prangle and Schoonveld LLC

312.267.6235

www.hpslaw.com

**From:** Bill Souferis
**Sent:** Monday, November 14, 2016 3:03 PM
**To:** James Hales (jhales@iowalaw.us.com)

1

**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

Attached please find another authorization we received that needs to be completed and signed by the Plaintiff for us t[o]
Can you please have your client complete the necessary information and sign the authorization so we can secure copi[es]

Thank you,

Bill

**Bill P. Souferis**

HPS | Hall Prangle and Schoonveld LLC

312.267.6235

www.hpslaw.com

# Bill Souferis

| | |
|---|---|
| From: | Bill Souferis |
| Sent: | Tuesday, December 06, 2016 6:01 PM |
| To: | James Hales (jhales@iowalaw.us.com) |
| Cc: | Katherine L. Dzik |
| Subject: | FW: Hales v. Timberline |
| Attachments: | Provena Saint Joseph Medical Center authorization.pdf |

Jim:

I still have not received the executed authorization (see attached) nor have I received a response from you since my last e-mai please advise the status of this?

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Wednesday, November 30, 2016 4:19 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

I hope you had a good Thanksgiving.

I am just following up on this. Please forward me the executed authorization as soon as you can. As you know there is a discov records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Wednesday, November 23, 2016 8:55 AM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

1

Jim:

I have not received the executed authorization. Can you please have it signed by your client so we can obtain the records?

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Monday, November 14, 2016 3:03 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

Attached please find another authorization we received that needs to be completed and signed by the Plaintiff for us to obtain please have your client complete the necessary information and sign the authorization so we can secure copies of the records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

2

# Bill Souferis

| | |
|---|---|
| From: | Bill Souferis |
| Sent: | Friday, December 09, 2016 3:12 PM |
| To: | James Hales (jhales@iowalaw.us.com) |
| Cc: | Katherine L. Dzik; Mary Nielsen; Nancy Zansitis |
| Subject: | FW: Hales v. Timberline |
| Attachments: | Provena Saint Joseph Medical Center authorization.pdf |

Jim,

I am writing in follow-up to our conversation today. As we discussed, please have this authorization completed and forwarded

Additionally, your responses to written discovery did not include any copies of medical records that you (or your client) have ir your objections to Requests numbers 3, 4 and 5 are based upon the position that the "documents are equally available to Defe requesting documents that you (and your client) have in your possession. Please forward those to us within 7 days. As mentior formats are fine.

As we discussed, these is a tight timeline on discovery and we need to ensure we afford ourselves enough time to complete di please also forward us dates in January for which Plaintiff, you and Plaintiff's mother are available for discovery depositions, w require the records we have been requesting before these depositions proceed.

Please do not hesitate to contact me with any additional questions or concerns.

Sincerely,
Bill

**(this correspondence is written in the spirit of Local Rule 37.2)**

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com

---

**From:** Bill Souferis
**Sent:** Tuesday, December 06, 2016 6:01 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim:

I still have not received the executed authorization (see attached) nor have I received a response from you since my last e-mai please advise the status of this?

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC

1

312.267.6235
www.hpslaw.com

**From:** Bill Souferis
**Sent:** Wednesday, November 30, 2016 4:19 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

I hope you had a good Thanksgiving.

I am just following up on this. Please forward me the executed authorization as soon as you can. As you know there is a discov records.

Thank you,
Bill


***Bill P. Souferis***
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com


**From:** Bill Souferis
**Sent:** Wednesday, November 23, 2016 8:55 AM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim:

I have not received the executed authorization. Can you please have it signed by your client so we can obtain the records?

Thank you,
Bill

***Bill P. Souferis***
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com


**From:** Bill Souferis
**Sent:** Monday, November 14, 2016 3:03 PM
**To:** James Hales (jhales@iowalaw.us.com)
**Cc:** Katherine L. Dzik
**Subject:** FW: Hales v. Timberline

Jim,

2

Attached please find another authorization we received that needs to be completed and signed by the Plaintiff for us to obtain please have your client complete the necessary information and sign the authorization so we can secure copies of the records.

Thank you,
Bill

**Bill P. Souferis**
HPS | Hall Prangle and Schoonveld LLC
312.267.6235
www.hpslaw.com