## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Lauren M. Hales

                                Plaintiff,

v.                                                   Case No.: 1:15−cv−02622
                                                   Honorable Thomas M. Durkin

Timberline Knolls, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2017:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. An in−person settlement conference is scheduled for November 27, 2017, at 10:00 a.m. in courtroom 1019. If this date and time pose a scheduling conflict for those who are required to appear, parties must contact the court by 3:00 p.m. on September 11, 2017. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must appear in person. Plaintiff to provide a written settlement position (including a settlement demand) to Defendants, with a copy to the court (proposed_order_kim@ilnd.uscourts.gov), by September 22, 2017. Defendants to respond in writing (including a settlement offer), with a copy to the court (Chambers 1000) along with a hard copy of the transcripts from Plaintiff's and Dr. West's depositions, by September 29, 2017. Defendants must also provide a draft settlement and release to Plaintiff along with its position statement so that Plaintiff is advised of the collateral terms Defendants require to resolve this matter. If the settlement position statements, along with exhibits, are more than 10 pages, parties must submit a hard copy by hand delivery or by mail to Chambers 1000. These settlement position statements are not to be filed with the clerk's office. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.